IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HELENA AGRI-ENTERPRISES, LLC**                                                      **PLAINTIFF**

v.                              **CASE NO. 3:24-CV-00145-BSM**

**NATHAN CHARLES FULLER**                                                             **DEFENDANT**

## ORDER

Helena Agri-Enterprises, LLC's motion for default judgment against Nathan Charles Fuller [Doc. No. 7] is granted. Fuller was served with a summons and a copy of the complaint on September 4, 2024, and failed to respond. Doc. No. 3. A clerk's default was entered against him on September 27, 2024. Doc. No. 6. Helena now moves for default judgment and Fuller has failed to respond. Doc. Nos. 7 & 8.

Judgment is therefore entered in favor of Helena and against Fuller in the amount of $334,488.68, plus $7,078.14 in pre-judgment interest, with post-judgment interest accruing in accordance with 28 United States Code section 1961 from the date of this order until satisfied.

IT IS SO ORDERED this 21st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE