IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HELENA AGRI-ENTERPRISES, LLC**                                              **PLAINTIFF**

v.                              **CASE NO. 3:24-CV-00145-BSM**

**NATHAN CHARLES FULLER**                                                    **DEFENDANT**

## DEFAULT JUDGMENT

Consistent with the order entered today, judgment is entered in favor of Helena Agri-Enterprises, LLC and against Nathan Charles Fuller in the amount of $334,488.68, plus $7,078.14 in pre-judgment interest, with post-judgment interest accruing in accordance with 28 United States Code section 1961 from the date of this judgment until satisfied.

IT IS SO ORDERED this 21st day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE